**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------x

JOHN E. HALL, individually and as Administrator
of the Estate of Scott Hall, NANCY HALL-
DUNCAN and JEFFREY REESE HALL,

       Plaintiffs,

  -against-

DONNA HALL, CIGNA LIFE INSURANCE
COMPANY OF NEW YORK, LIFE INSURANCE
COMPANY OF NORTH AMERICA, and CBRE
SERVICES, INC.,

       Defendants.
----------------------------------------------------------x

**ORDER AUTHORIZING**
**INTERPLEADER**
**DISBURSEMENT**

22CV10129
(KMK)

**KENNETH M. KARAS, UNITED STATES DISTRICT COURT JUDGE:**

  **WHEREAS**, on or about November 13, 2023, pursuant to the stipulation and

order of October 17, 2023, defendant Life Insurance Company of North America

("LINA") deposited the sum of $269,000 in the Disputed Ownership Fund of the Court

Registry Investment System (the "Funds");

  **WHEREAS**, upon such deposit pursuant to the stipulation and order of October

17, 2023, defendants LINA, CIGNA Life Insurance Company of New York, and CBRE,

were dismissed from the action without costs or fees to any party;

  **WHEREAS**, on or about May 7, 2024, the remaining defendant Donna Hall

reached a settlement with the plaintiffs concerning the action and release of the Funds

held in the CRIS, consistent with the terms of this Order;

  **IT IS HEREBY ORDERED**:

1.      The Clerk of the Court shall withdraw and deduct from the investment of
the Funds the authorized fee from the earned income, as authorized by the Judicial
Conference and set by the Director of the Administrative Office;

2.      The remaining Funds in the Disputed Ownership Fund in the Court
Registry Investment System shall be disbursed by the Clerk of the Court as follows:

a.      $201,750 to counsel for plaintiffs pursuant to the following ACH
information:

**Lenihan & Associates LLC (FEIN:** █████ **4485 )**

| | |
|---|---|
| Bank Name: | Webster Bank |
| Bank Holder: | Lenihan & Associates, LLC, 245 Main Street, Suite 120, White Plains, NY 10601 |
| Account Number: | ████ 2501 |
| Routing Number: | ████ 9300 |

b.      $67,250 to counsel for defendant Donna Hall pursuant to the
following ACH information:

**Paulose & Associates PLLC (FEIN:** █████ **6118)**
Bank Name: Citibank NA
Bank Holder: Paulose & Associates PLLC, 499 New Rochelle Rd., Bronxville, NY 10708
Account Number: ████ 8276
Routing Number: ████ 0089

c.      Any remaining amount of the interpleaded amount including any
remaining interest shall be distributed to plaintiffs and defendant Donna Hall at the ACH
information above in the following proportions: 75% to plaintiffs and 25% to defendant
Donna Hall;

3.      Upon the withdrawal and disbursement of the funds set forth above, this action in its entirety is dismissed with prejudice, without costs and fees to any party, and the Clerk of the Court shall close this action.

**SO ORDERED**

_____

Date: June 4, 2024